**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| LAURA BRYANT, | Case No. CV 18-0422-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 30, 2018

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE